## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 18CV62516

Plaintiff:
**MICHAEL BENHAYON INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**

vs.

Defendant:
**GLOBAL DOC PREP INC.,**

For:
Manuel Hiraldo
Hiraldo P.A.
401 E. Las Olas Blvd.
Ste 1400
Fort Lauderdale, FL 33301

Received by L & L Process to be served on **GLOBAL DOC PREP INC. REGISTERED AGENT CATHERINE RUDNICK, 5301 NORTH FEDERAL HWY, SUITE 250, BOCA RATON, FL 33487**.

I, Charles Goldberg, do hereby affirm that on the **31st day of October, 2018** at **1:30 pm, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **Summons in a Civil Action and Class Action Complaint** with the date and hour of service endorsed thereon by me, to: **Keith Nichols** as **Officer** at the address of: **5301 North Federal Highway, Suite 250, Boca Raton, FL 33487**, who stated they are authorized to accept service for **GLOBAL DOC PREP INC.**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action and I am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. UNDER PENALTIES OF PERJURY, I DELCARE THAT I HAVE READ THE FOREGOING AMENDED AFFIDAVIT OF SERVICE AND THAT THE FACTS STATED IN IT ARE TRUE.

_____
**Charles Goldberg**
PROCESS SERVER #1624

**L & L Process
13876 Sw 56th Street
Ste 200
Miami, FL 33175
(305) 772-8804**

Our Job Serial Number: LLP-2018002940